IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FLYWHEEL ENERGY PRODUCTION
LLC; VAN BUREN ENERGY
PRODUCTION LLC; RAZORBACK
PRODUCTION LLC; and CAER
ENERGY LLC                                                              PLAINTIFFS

v.                              No. 4:25-cv-616-DPM

TIM GRIFFIN, in his official capacity as
the Attorney General of Arkansas;
SARAH SANDERS, in her official
capacity as the Governor of Arkansas;
ALAN YORK, in his official capacity as
the Director of the Arkansas Oil and Gas
Commission; PULOMA PROPERTIES
LLC; and RICHARD PULOMA                                                 DEFENDANTS

ORDER

I note this new case, including the motion for a preliminary injunction before the statutory amendments take effect in early August 2025. There are some preliminary issues.

*First*, disqualification? I own some gas, mineral, and oil rights in real property in Arkansas and Jefferson counties. They have never been explored or developed. They are not leased. In decades past, from time to time, they have been leased.

A judge cannot sit in any case in which he has a "financial interest" in the "subject matter in controversy . . . or any other interest that could be substantially affected by the outcome of the proceeding." 28 U.S.C. § 455(b)(4). The parties cannot waive this kind of disqualifying financial interest. 28 U.S.C. § 455(e). But the parties understand the issues presented in this case, and the potential downstream consequences for owners of gas, mineral, and oil rights, far better than I do. I would benefit from all the parties' views on disqualification as soon as practicable and not later than 30 June 2025. If I cannot sit, the case will be promptly reassigned at random thereafter.

*Second*, the schedule. The motion requires that this case move quickly in coming weeks. Service must be accomplished or waived ASAP. Plaintiffs may reply within five calendar days of the state defendants' response and within five days of the private defendants' response. The one-day preliminary injunction hearing is tentatively scheduled for 9:00 a.m. on Friday, 18 July 2025 in courtroom 1A of the Richard Sheppard Arnold U.S. Courthouse. Witness lists, exhibit lists, and exhibits must be delivered to Little Rock chambers by the close of business on Wednesday, 16 July 2025.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 June 2025

-3-