IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FLYWHEEL ENERGY PRODUCTION
LLC; VAN BUREN ENERGY
PRODUCTION LLC; RAZORBACK
PRODUCTION LLC; and CAER
ENERGY LLC                                                        PLAINTIFFS

v.                              No. 4:25-cv-616-DPM

ALAN YORK, in his official capacity as
the Director of the Arkansas Oil and Gas
Commission; PULOMA PROPERTIES
LLC; and RICHARD PULOMA                                DEFENDANTS

## ORDER

I appreciate the parties' thoughts, and those of proposed intervenor Dunlap, on whether my mineral rights in Arkansas and Jefferson Counties present either a disqualifying financial interest or a basis for reasonably questioning my impartiality. 28 U.S.C. § 455(a) & (b)(4). All material things considered, I agree that they do not. My financial interest is too contingent and remote to trigger disqualification. And, more generally, a reasonable person knowing all the key facts would not have some concern about me leaning one way or the other in this dispute because of my mineral rights. I will therefore stay on the case. I look forward to receiving the future filings, studying the issues, and seeing everyone at the 18 July 2025 hearing.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

3 July 2025