IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FLYWHEEL ENERGY PRODUCTION
LLC; VAN BUREN ENERGY
PRODUCTION LLC; RAZORBACK
PRODUCTION LLC; and CAER
ENERGY LLC                                                                      PLAINTIFFS

v.                              No. 4:25-cv-616-DPM

ALAN YORK, in his official capacity as
the Director of the Arkansas Oil and Gas
Commission; PULOMA PROPERTIES
LLC; and RICHARD PULOMA                                              DEFENDANTS

ORDER

For the reasons stated from the bench at the 18 July 2025 hearing, the Dunlap motion to intervene, whether as of right or with permission, is denied. Fed. R. Civ. P. 24(a) & (b); *Little Rock School District v. North Little Rock School District*, 378 F.3d 774, 780 (8th Cir. 2004); *South Dakota ex rel. Barnett v. U.S. Dep't of Interior*, 317 F.3d 783, 787 (8th Cir. 2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 July 2025