IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FLYWHEEL ENERGY PRODUCTION
LLC; VAN BUREN ENERGY
PRODUCTION LLC; RAZORBACK
PRODUCTION LLC; and CAER
ENERGY LLC                                               PLAINTIFFS

v.                            No. 4:25-cv-616-DPM

ALAN YORK, in his official capacity as
the Director of the Arkansas Oil and Gas
Commission; PULOMA PROPERTIES
LLC; and RICHARD PULOMA                    DEFENDANTS

## ORDER

In yesterday's Order, the Court should have also confirmed, but failed to do so, that it granted James Dunlap (as trustee of his trust) permission to appear as *amicus curiae*. The Court directs the Clerk to update the docket. Dunlap may file a brief on any dispositive motion and a trial brief. They will help the Court, as Dunlap's papers about the preliminary injunction have. Dunlap's future briefs are due whenever the defendants' briefs are due.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 July 2025